Joseph Rogacki, Appellee, v. Baird and Warner, Inc., et al., Defendants. Baird & Warner, Inc., Appellant.

Gen. No. 40,541.

600

Heard in first division, first district, at December term, 1938; opinion filed June 30, 1939. George C. Bliss, for appellant; David Alswang and Melbourne A. Chapp, for appellee; David Alswang, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."